IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION | No. C 07-80278 WHA |
| | **REQUEST FOR RESPONSE** |
| / | |

The Court has received defendants' motion to refer matter to the underlying MDL court. Before ruling on the application to refer, the Court would like to hear from Zantaz, Inc. Moving parties shall cause Zantaz to file a response to the motion by **TUESDAY, DECEMBER 18, 2007**, at **5:00 P.M.** The Court takes at face value the representation made by defendants in the underlying MDL proceeding that the matter should be referred to Florida. If this is incorrect, however, plaintiffs should notify the Court immediately.

**IT IS SO ORDERED.**

Dated: December 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE