1  BINGHAM MCCUTCHEN LLP
   COLIN C. WEST (SBN 184095)
2  ERICA BRAND PORTNOY (SBN 244923)
   Three Embarcadero Center
3  San Francisco, CA  94111-4067
   Telephone:  (415) 393-2000
4  Facsimile:  (415) 393-2286
   Email: colin.west@bingham.com
5        erica.brand@bingham.com

6  Attorneys for
   ZANTAZ, INC.

7

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  IN RE:  Seroquel Products Liability Litigation  | Case No. **07-80278** Misc. WHA

14                                                  (Underlying action in Middle District of
                                                    Florida, Orlando Division; Case No.
15                                                  6:06-md-1769-Orl-22DAB; MDL
                                                    DOCKET NO. 1769 (ALL CASES))

16                                                  **NON-PARTY ZANTAZ, INC.'S
17                                                  RESPONSE TO DEFENDANT
                                                    ASTRAZENECA'S MOTION TO
18                                                  REFER MATTER TO THE
                                                    UNDERLYING MDL COURT**

19
                                                    Date:   December 20, 2007
20                                                  Time:   8:00 a.m.
                                                    Dept.:  Courtroom 9, 19th Floor
21                                                  Judge:  Hon. William Alsup
                                                            (as General Duty Judge)
22

23

24

25

26

1    Pursuant to Judge Alsup's Order of December 14, 2007, Non-Party Zantaz, Inc.

2  ("Zantaz") submits this response to Defendant AstraZeneca's motion to refer this matter to the

3  underlying MDL Court, which is located in the Middle District of Florida, Orlando Division.  As

4  noted in Zantaz's motion to quash the subpoenas or alternatively for a protective order, filed on

5  December 12, 2007 with this Court (a copy of which is attached hereto as Exhibit A), Zantaz

6  joins AstraZeneca's request to refer this matter to the underlying MDL Court.

7    By so joining, Zantaz does not submit to jurisdiction in the Middle District of

8  Florida, Orlando Division for all purposes, but merely for the purposes of the MDL Court's

9  hearing Non-Party Zantaz, Inc.'s Motion to Quash Subpoenas or in the Alternative For A

10  Protective Order (Docket No. 1) and Defendant AstraZeneca's Motion To Refer Matter to the

11  Underlying MDL Court or, in the Alternative To Quash Subpoenas or Issue Protective Order

12  (Docket No. 5).

13

14  DATED:  December 18, 2007

15

16                          Bingham McCutchen LLP

17

18              By:_____/s/ Colin C. West_____
                            Colin C. West
19                      colin.west@bingham.com
                          Attorneys for
20                        ZANTAZ, INC.

21

22

23

24

25

26

NON-PARTY ZANTAZ, INC.'S RESPONSE TO DEFENDANT ASTRAZENECA'S MOTION TO REFER
MATTER TO THE UNDERLYING MDL COURT

1

## ATTESTATION CLAUSE

2          I, Erica Brand Portnoy, am the ECF User whose ID and password are being used

3   to file this Non-Party Zantaz, Inc.'s Response To Defendant AstraZeneca's Motion To Refer

4   Matter To The Underlying MDL Court.  In compliance with General Order 45, X.B., I hereby

5   attest that Colin C. West has concurred in this filing.

6

7   DATED:  December 18, 2007              BINGHAM McCUTCHEN LLP

8

9
                                  By:            /s/ Erica Brand Portnoy
10                                              Erica Brand Portnoy
                                            erica.brand@bingham.com
11                                               Attorneys for
                                                  ZANTAZ, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

A/72354437.1/3001806-0000324168                              Case No. 07-80278 Misc. WHA

ATTESTATION CLAUSE