```
 1  BINGHAM MCCUTCHEN LLP
    COLIN C. WEST (SBN 184095)
 2  ERICA BRAND PORTNOY (SBN 244923)
    Three Embarcadero Center
 3  San Francisco, CA 94111-4067
    Telephone: (415) 393-2000
 4  Facsimile: (415) 393-2286
    Email: colin.west@bingham.com
 5         erica.brand@bingham.com

 6  Attorneys for
    ZANTAZ, INC.
 7

 8
```

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

| 13 | IN RE: Seroquel Products Liability Litigation | Case No. CV 07 80278 MISC (WHA) |
|----|---|---|
| 14 | | **PROOF OF SERVICE** |

15

16          I am over eighteen years of age, not a party in this action, and employed in San

17  Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-

18  4067. I am readily familiar with the practice of this office for collection and processing of

19  correspondence for mail/fax/hand delivery/next business day Hand delivery, and they are

20  deposited that same day in the ordinary course of business.

21          On December 18, 2007, I served the attached:

22  **NON-PARTY ZANTAZ, INC.'S RESPONSE TO DEFENDANT ASTRAZENECA'S
    MOTION TO REFER MATTER TO THE UNDERLYING MDL COURT**
23

24  ///

25  ///

26  ///

                                        1

| | |
|---|---|
| ☐ | (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| ☒ | (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business. |
| ☒ | (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by Hand in sealed envelope(s) with all fees prepaid at the address(es) set forth below. |
| ☐ | (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below. |

**Via U. S. Mail**
Dennis J. Canty, Esq.,
Levin Simes Kaiser & Gornick
44 Montgomery Street, #3600
San Francisco, CA 94104

**Via U. S. Mail**
Dan Christopher Burdett
Dechert LLP
One Maritime Plaza, Suite 2300
San Francisco, CA 94111

**Via Fed Ex**
Robert L. Ciotti
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607-5736
e-mail: rciotti@carltonfields.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on December 18, 2007, at San Francisco, California.

_____
Angela Ius