IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION<br>_____ / | No. C 07-80278 WHA<br><br>**ORDER GRANTING MOTION TO REFER MATTER TO THE UNDERLYING MDL COURT AND VACATING HEARING** |

This miscellaneous discovery matter arises out of an action pending in the Middle District of Florida. All parties, including the subpoenaed party, agree that this matter should be referred to the Middle District of Florida for resolution. The matter will be stayed pending resolution by that court. The matter will remain open here, however, to enforce whatever relief is ordered by that court. The undersigned would prefer to dismiss this miscellaneous matter entirely now, but this would require Zantaz to submit to the jurisdiction of the Middle District of Florida, at least for the purposes of this motion. Please advise the Court by **FRIDAY, DECEMBER 21, 2007**, at **NOON** whether Zantaz will submit to the jurisdiction of the Middle District of Florida (for this limited purpose) and whether this matter may be dismissed entirely. If it is not, then all counsel are required to appear in person on **THURSDAY, JANUARY 17, 2008**, at **8:00 A.M.** to advise the Court of the status. The hearing set for December 20, 2007, is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 19, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE