| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | COLIN C. WEST (SBN 184095) |
| 2 | ERICA BRAND PORTNOY (SBN 244923) |
| | Three Embarcadero Center |
| 3 | San Francisco, CA  94111-4067 |
| | Telephone:  (415) 393-2000 |
| 4 | Facsimile:  (415) 393-2286 |
| | Email: colin.west@bingham.com |
| 5 | erica.brand@bingham.com |
| 6 | Attorneys for |
| | ZANTAZ, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  Seroquel Products Liability Litigation | **Case No. 07-80278** Misc. WHA |
| | (Underlying action in Middle District of Florida, Orlando Division; Case No. 6:06-md-1769-Orl-22DAB; MDL DOCKET NO. 1769 (ALL CASES)) |
| | **NON-PARTY ZANTAZ, INC.'S STATEMENT OF SUBMISSION TO THE JURISDICTION OF THE MIDDLE DISTRICT OF FLORIDA FOR LIMITED PURPOSES** |
| | Judge:  Hon. William Alsup |
| | (as General Duty Judge) |

A/72357855.1/3001806-0000324168                                   Case No. 07-80278 Misc. WHA

NON-PARTY ZANTAZ, INC.'S STATEMENT OF SUBMISSION TO THE JURISDICTION OF THE
MIDDLE DISTRICT OF FLORIDA FOR LIMITED PURPOSES

1  Pursuant to Judge Alsup's Order of December 19, 2007, Non-Party Zantaz, Inc. ("Zantaz") submits this statement that Zantaz will submit to the jurisdiction of the Middle District of Florida, Orlando Division for the limited purposes of the MDL Court's hearing Non-Party Zantaz, Inc.'s Motion to Quash Subpoenas or in the Alternative For A Protective Order (Docket No. 1) and Defendant AstraZeneca's Motion To Refer Matter to the Underlying MDL Court or, in the Alternative To Quash Subpoenas or Issue Protective Order (Docket No. 5). Zantaz does not submit to the jurisdiction of the Middle District of Florida, Orlando Division for all purposes.

DATED: December 20, 2007

Bingham McCutchen LLP

By:  /s/ Colin C. West
Colin C. West
colin.west@bingham.com
Attorneys for
ZANTAZ, INC.

A/72357855.1/3001806-0000324168        1        Case No. 07-80278 Misc. WHA

NON-PARTY ZANTAZ, INC.'S STATEMENT OF SUBMISSION TO THE JURISDICTION OF THE
MIDDLE DISTRICT OF FLORIDA FOR LIMITED PURPOSES

| | |
|---|---|
| 1 | ATTESTATION CLAUSE |

       I, Erica Brand Portnoy, am the ECF User whose ID and password are being used to file this Non-Party Zantaz, Inc.'s Statement Of Submission To The Jurisdiction Of The Middle District Of Florida For Limited Purposes.  In compliance with General Order 45, X.B., I hereby attest that Colin C. West has concurred in this filing.

DATED:  December 20, 2007        BINGHAM McCUTCHEN LLP


By:      /s/ Erica Brand Portnoy
Erica Brand Portnoy
erica.brand@bingham.com
Attorneys for
ZANTAZ, INC.

A/72357855.1/3001806-0000324168        Case No. 07-80278 Misc. WHA