| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>COLIN C. WEST (SBN 184095) |
| 2 | ERICA BRAND PORTNOY (SBN 244923)<br>Three Embarcadero Center |
| 3 | San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000 |
| 4 | Facsimile: (415) 393-2286<br>Email: colin.west@bingham.com |
| 5 |         erica.brand@bingham.com |
| 6 | Attorneys for<br>ZANTAZ, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Seroquel Products Liability Litigation | Case No. CV 07 80278 MISC (WHA)<br>**PROOF OF SERVICE** |

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day Hand delivery, and they are deposited that same day in the ordinary course of business.

On December 20, 2007, I served the attached:

**NON-PARTY ZANTAZ, INC.'S STATEMENT OF SUBMISSION TO THE JURISDICTION OF THE MIDDLE DISTRICT OF FLORIDA FOR LIMITED PURPOSES**

///

///

1

1
2  ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
3
4  ☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage
5  prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the
6  United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary
7  course of business.
8  ☒ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by Hand in sealed envelope(s) with
9  all fees prepaid at the address(es) set forth below.
10
11 ☐ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the
12  person(s) at the address(es) set forth below.

13  **Via U. S. Mail**                          **Via Fed Ex**
    Dennis J. Canty, Esq.,                     Robert L. Ciotti
14  Levin Simes Kaiser & Gornick               Carlton Fields, P.A.
    44 Montgomery Street, #3600                Corporate Center Three at International Plaza
15  San Francisco, CA 94104                    4221 W. Boy Scout Blvd., Suite 1000
                                               Tampa, FL 33607-5736
16                                             e-mail: rciotti@carltonfields.com
    **Via U. S. Mail**
17  Dan Christopher Burdett
    Dechert LLP
18  One Maritime Plaza, Suite 2300
    San Francisco, CA 94111
19
20
21       I declare that I am employed in the office of a member of the bar of this court at
22  whose direction the service was made and that this declaration was executed on December 20,
23  2007, at San Francisco, California.
24
25                                             _____
                                                          Angela Ius
26

                                            2
                                                              Case No. CV 07 80278 MISC (WHA)

A/72345835.1/3001806-0000324168