IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

No. C 07-80278 WHA

**ORDER DISMISSING CASE**

_____/

Zantaz, Inc. has submitted a statement agreeing to submit to the jurisdiction of the Middle District of Florida for the limited purposes of the MDL court's hearing regarding the motion to quash subpoenas (Dkt. 1) and motion to refer matter to the underlying MDL court (Dkt. 5). In light of this submission, it is no longer necessary to keep the case here. This case is hereby **DISMISSED** without prejudice. The Clerk **SHALL CLOSE** the case.

**IT IS SO ORDERED.**

Dated: December 21, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE